**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20674−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Walter T. Jackson Jr.
   123 Yosemite Drive
   Pittsburgh, PA 15235

Social Security No.:
   xxx−xx−1056

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
Telephone number: 724−225−7270

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 22, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
June 22, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Gregory L. Taddonio
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 20-20674-GLT
Walter T. Jackson, Jr.                                            Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy                 Page 1 of 2            Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db           +Walter T. Jackson, Jr.,    123 Yosemite Drive,    Pittsburgh, PA 15235-2043
15205817     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
15205820     +Catherine Young,    123 Yosemite Drive,    Pittsburgh, PA 15235-2043
15205822     +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
               St Louis, MO 63179-0034
15205823     +Citibank/Sears,    Citicorp Cr Srvs/Centralized Bk Dept,    Po Box 790034,
               St Louis, MO 63179-0034
15205824     +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
15205827     +Eos Cca / Verizon,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
15205829     +Keystone Collections Group / Penn Hills,    546 Wendel Road,    Irwin, PA 15642-7539
15205832     +PA Dept of Revenue,    11 Parkway Ctr, #175,    Pittsburgh, PA 15220-3623
15205833     +PA Municipal Service / Swissvale Woodlan,    336 Delaware Avenue,    Oakmont, PA 15139-2138
15205839    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
               Cedar Rapids, IA 52409)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:18      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:47:45
               Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
cr           +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:40       Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:55
               PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15205818     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 05:07:48       Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15205819     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 26 2020 04:50:25
               Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15210950      E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15205825     +E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Financial,
               Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
15205826     +E-mail/Text: dplbk@discover.com Mar 26 2020 04:55:06      Discover Personal Loans,
               Attn: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
15212315     +E-mail/Text: dplbk@discover.com Mar 26 2020 04:55:06      Discover Personal Loans,
               PO Box 30954,    Salt Lake City, UT 84130-0954
15205828      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:52:03      Internal Revenue Service,
               1000 Liberty Avenue,    Pittsburgh, PA 15222
15205821      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:49:40       Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15205830     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 04:44:59
               Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15205831     +E-mail/PDF: pa_dc_claims@navient.com Mar 26 2020 04:45:51       Navient,    Attn: Bankruptcy,
               Po Box 9640,    Wilkes-Barre, PA 18773-9640
15212596     +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 26 2020 04:51:32
               Navient Solutions, LLC on behalf of,     Ascendium Education Solutions, Inc.,    PO Box 8961,
               Madison, WI 53708-8961
15212304      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:18
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA   17128-0946
15205834     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 26 2020 04:54:58       Quicken Loans,
               Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15221366     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 26 2020 04:54:58       Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
15205836     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:48       Syncb/JCI Home Design,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15205835     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:15       Syncb/hhgreg,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
15205837     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:46       Synchrony Bank,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15206767     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:15       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15205838     +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:15       Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15205840     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 26 2020 04:55:17       Webbank,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 24
```

```
District/off: 0315-2            User: culy              Page 2 of 2              Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID       Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
```
          David A. Rice    on behalf of Debtor Walter T. Jackson, Jr. ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Walter T. Jackson, Jr. niclowlgl@comcast.net
                                                                                      TOTAL: 6
```