IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Walter T Jackson, Jr.,

Bankruptcy No. 20-20674-GLT

Debtor,

Walter T Jackson, Jr.,

Chapter 13

Movant,

Related to Document No.

No Respondent

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the June 24, 2020 Order of Court and the Amended Chapter 13 Plan dated July 29, 2020 by prepaid first-class US mail on August 5, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated:  08/05/2020

/s/: David A. Rice, Esq.
Attorney for Debtor
15 West Beau Street
Washington, PA  15301
PA ID#  50329
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20674-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Aug  6 09:30:48 EDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Catherine Young<br>123 Yosemite Drive<br>Pittsburgh, PA 15235-2043 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Sears<br>Citicorp Cr Srvs/Centralized Bk Dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Personal Loans<br>Attn: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130-0954 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | Eos Cca / Verizon<br>Attn: Bankruptcy<br>700 Longwater Dr<br>Norwell, MA 02061-1624 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L<br>6409 Congress Avenue, suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Keystone Collections Group / Penn Hills<br>546 Wendel Road<br>Irwin, PA 15642-7539 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |

| | | |
|---|---|---|
| Municipality of Penn Hills<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, LLC on behalf of<br>Ascendium Education Solutions, Inc.<br>PO Box 8961<br>Madison, WI 53708-8961 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Dept of Revenue<br>11 Parkway Ctr, #175<br>Pittsburgh, PA 15220-3623 | PA Municipal Service / Swissvale Woodlan<br>336 Delaware Avenue<br>Oakmont, PA 15139-2138 |
| Penn Hills School District<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 |
| Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Syncb/JCI Home Design<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Webbank<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | Walter T. Jackson Jr.<br>123 Yosemite Drive<br>Pittsburgh, PA 15235-2043 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Internal Revenue Service<br>1000 Liberty Avenue<br>Pittsburgh, PA 15222 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

Toyota Financial Services
Attn: Bankruptcy Dept
Po Box 8026
Cedar Rapids, IA 52409

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

End of Label Matrix
Mailable recipients   52
Bypassed recipients    2
Total                 54