**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/07/2022

IN RE:

WALTER T. JACKSON, JR.
123 YOSEMITE DRIVE
PITTSBURGH, PA  15235
XXX-XX-1056         Debtor(s)

Case No. 20-20674 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VALUE CITY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7000 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*CO-BUYER*CL=32061.85 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9233 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*DK4PMT~LMT*BGN 3/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1588 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 6  INT %: 5.00%<br>Court Claim Number: 15<br>CLAIM: 3,091.66<br>COMMENT: $/CL-PL@5%MDF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3238 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 0.00<br>COMMENT: 18/SCH*AMDS CL 5*AMD CL=$0*RMVD/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1056 |
| **PENN HILLS MUNICIPALITY (EIT)****<br>C/O KEYSTONE CLLCTNS GRP-2012 ONWARD**<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 309.25<br>COMMENT: 1056;17,18*$/CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1056 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 893.93<br>COMMENT: $/CL-PL*NO YRS/SCH*18/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1056 |
| **WOODLAND HILLS SD & SWISSVALE BORO (EIT**<br>C/O PA MUN SVC CO-PRE-2012 YRS<br>336 DELAWARE AVE<br>OAKMONT, PA 15139 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 2,507.40<br>COMMENT: 1056;05-09 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |

| Creditor | Claim Info | Details |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 3,916.51<br>COMMENT: 4973/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4006 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 2,751.69<br>COMMENT: 9853/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4005 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 2,001.00<br>COMMENT: 1363/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4001 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 8,326.03<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6031 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 776.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9516 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 2,031.51<br>COMMENT: SLATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8084 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 5,729.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3557 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 2,798.18<br>COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4019 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 1,510.62<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4219 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 1,413.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5849 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER PERSONAL LOANS**\*\*<br>PO BOX 6105<br><br>CAROL STREAM, IL  60197-6104 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 11,095.91<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4109 |
| **EOS CCA**<br>CORP HEADQUARTERS<br>700 LONGWATER DR<br>NORWELL, MA  02061 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3065 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,087.77<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1096 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E**<br>C/O ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 809142<br>CHICAGO, IL  60680 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 3,061.37<br>COMMENT: 10110/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA  18773-9640 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1010 |
| **JEFFERSON CAPITAL SYSTEMS LLC**\*<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,202.98<br>COMMENT: HH GREGG/SCH\*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0161 |
| **JEFFERSON CAPITAL SYSTEMS LLC**\*<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 4,269.53<br>COMMENT: SYNCHRONY/JCI HOME DESIGN HVAC\*REF 3540724789 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0342 |
| **JEFFERSON CAPITAL SYSTEMS LLC**\*<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 2,189.90<br>COMMENT: SYNCHRONY/VALUE CITY FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7000 |
| **JEFFERSON CAPITAL SYSTEMS LLC**\*<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,012.02<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7794 |
| **WOODLAND HILLS SD & SWISSVALE BORO (EIT**<br>C/O PA MUN SVC CO-PRE-2012 YRS<br>336 DELAWARE AVE<br>OAKMONT, PA  15139 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2798 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CATHERINE YOUNG**<br>123 YOSEMITE DR<br><br>PITTSBURGH, PA 15235 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 72.89<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:25<br><br>CLAIM: 0.00<br>COMMENT: NO GEN UNS/SCH*AMDS CL 5*AMD CL=$0 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1056 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br><br>DETROIT, MI 48226 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 100.10<br>COMMENT: $/CL-PL*THRU 2/20 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1588 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 437.15<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 341.89<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3172 |
| **PENN HILLS SD (PENN HILLS) (EIT)****<br>C/O KEYSTONE CLLCTNS GRP-2012 ONWARD**<br>546 WENDEL RD<br><br>IRWIN, PA 15642 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:26<br><br>CLAIM: 191.29<br>COMMENT: 1056;17,18*$/CL-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1056 |