IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re:<br>   Walter T Jackson, Jr., | : | Bankruptcy No. 20-20674-GLT |
|                      Debtor(s) | : | |
| Walter T Jackson, Jr., | : | Chapter 13 |
|                      Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Wal-Mart Associates, | : | |
|                      Respondent(s) | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated November 7, 2023 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on November 7, 2023.

Wal-Mart Associates
Attn: Payroll Manager
702 SW 8th Street
Bentonville, AR. 72716

                                                Attorney for Movant(s):
                                                Rice & Associates Law Firm
                                                /s/ David A Rice, Esq.
                                                15 West Beau Street
                                                Washington, PA 15301
                                                724-225-7270
                                                ricelaw1@verizon.net
                                                PA ID# 50329