FILED
3/26/24 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Walter T. Jackson, Jr. ) | Case No. 20-20674 GLT |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related Dkt. No. 57 |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

      a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   Walter T. Jackson, Jr.

      a motion to lift stay
      as to creditor _____

☒    Other:   The plan is being modified to cure plan arrears and to provide for additional attorney fees to Rice & Associates Law Firm that are available without decreasing the percentage or amount to be paid to other creditors through the plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

      Chapter 13 Plan dated _____
  X  Amended Chapter 13 Plan dated    July 29, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $_____ to

-1-

    $\underline{\hspace{1cm}}$ per <u>Month</u>, effective $\underline{\hspace{2cm}}$; and/or the Plan term shall be changed from ___ months to ___ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve $\underline{\hspace{3cm}}$ on or before $\underline{\hspace{2cm}}$.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as $\underline{\hspace{4cm}}$ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>There are funds available pursuant to the confirmed plan to cure plan arrears and provide to Rice & Associates Law Firm the amount of $2,000 above the fees approved by Order of Court DN 46 in the total amount of $5,085.25. A final Fee Application shall be filed by counsel for the Debtor that will be limited to the total amount of $7,085.25. There is no change in the Debtor's plan payment or term required.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  26th day of   March        , 2024

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                                         Stipulated by:

 /s/ Scott R. Lowden                                    /s/ James Warmbrodt
Scott R. Lowden - Counsel to Debtor        James Warmbrodt, Esq.
PA ID 72116                                              Counsel to Chapter 13 Trustee
100 Heathmore Avenue                          600 Grant Street
Pittsburgh, PA 15227                              Suite 3250 US Steel Tower
(412) 292-4254                                         Pittsburgh, PA 15219
lowdenscott@gmail.com

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20674-GLT |
| Walter T. Jackson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter T. Jackson, Jr., 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15205820 | #+ | Catherine Young, 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15205829 | + | Keystone Collections Group / Penn Hills, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205832 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |
| 15205833 | + | PA Municipal Service / Swissvale Woodlan, 336 Delaware Avenue, Oakmont, PA 15139-2138 |
| 15206767 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:22:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2024 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15226941 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:34:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15205817 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:22:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15205818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:21:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15205819 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 27 2024 00:22:10 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15228193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:32:41 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15224556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15238408 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15205822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:32 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15205823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:06 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |

| Recipient ID | + | Email Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15205824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:56 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15238407 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15210950 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15205825 | + | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15205826 | + | Email/Text: dplbk@discover.com | Mar 27 2024 00:23:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15212315 | + | Email/Text: dplbk@discover.com | Mar 27 2024 00:23:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15238751 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 27 2024 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15205827 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 27 2024 00:23:00 | Eos Cca / Verizon, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15205828 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15236673 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15205821 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:21:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15229665 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15227567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2024 00:22:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15205830 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2024 00:32:45 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15257485 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 27 2024 00:23:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205831 | + | Email/PDF: pa_dc_claims@navient.com | Mar 27 2024 00:34:11 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15212596 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 27 2024 00:22:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15257483 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 27 2024 00:23:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15212304 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15205834 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 27 2024 00:23:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15221366 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 27 2024 00:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15205836 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:54 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

|  |  |  | Mar 27 2024 00:22:12 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| --- | --- | --- | --- | --- |
| 15205837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  |  | Mar 27 2024 00:22:08 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15205838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
|  |  |  | Mar 27 2024 00:33:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205839 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
|  |  |  | Mar 27 2024 00:23:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15231406 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
|  |  |  | Mar 27 2024 00:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15234402 |  | Email/PDF: ebn_ais@aisinfo.com | | |
|  |  |  | Mar 27 2024 00:33:32 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15205840 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
|  |  |  | Mar 27 2024 00:23:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Quicken Loans Inc. |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David A. Rice | on behalf of Debtor Walter T. Jackson Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich |  |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 47 |

on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
on behalf of Debtor Walter T. Jackson Jr. lowdenscott@gmail.com

TOTAL: 9