FILED
5/8/24 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| Walter T. Jackson, Jr. | ) Bankruptcy No. 20-20674 GLT |
| | ) |
| Debtor (s) | ) |
| | ) Chapter 13 |
| Scott R. Lowden, Esquire | ) |
| Applicant(s) | ) |
| v. | ) Doc. No. 60 |
| No Respondent | ) |
| Respondent(s) | ) |

### ORDER OF COURT

AND NOW, this __8th__ day of __May_____, 2024, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $7,085.25, of which $7,000.00 are attorney fees and $85.25 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,085.25. This award covers the period from 8/22/2022 to 4/5/2024.

Therefore, the Application in its face amount of $2,000.00 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,000.00 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $230.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between August 22, 2022 and April 5, 2024 in the amount of **$2,000.00** and expenses in the amount of **$0** for a total of **$2,000.00**. The total award of compensation for services to date is **$7,000.00** and expenses in the amount of **$85.25** for a grand total in the amount of **$7,085.25.**

Prepared by Scott R. Lowden, Esq.
  DEFAULT ENTRY
  cm: Debtor
  Dated: 5/8/24

BY THE COURT:

_____ J.
GREGORY L. TADDONIO
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20674-GLT |
| Walter T. Jackson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

**Recip ID        Recipient Name and Address**
db              + Walter T. Jackson, Jr., 123 Yosemite Drive, Pittsburgh, PA 15235-2043

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

**Name**           **Email Address**

David A. Rice
                    on behalf of Debtor Walter T. Jackson  Jr. ricelaw1@verizon.net, lowdenscott@gmail.com

Denise Carlon
                    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
                    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 09, 2024 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
   on behalf of Debtor Walter T. Jackson Jr. lowdenscott@gmail.com

TOTAL: 9