Certificate Number: 03621-PAW-DE-039203799

Bankruptcy Case Number: 20-20674



03621-PAW-DE-039203799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2025, at 7:20 o'clock PM EST, Walter T Jackson Jr completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 2, 2025            By:   /s/Lashonda Collins

                                   Name: Lashonda Collins

                                   Title: Credit Counselor