IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Walter T Jackson, Jr., | : | Bankruptcy No. 20-20674-GLT |
| | | : | |
| | Debtor(s) | : | |
| | Walter T Jackson, Jr., | : | Chapter 13 |
| | | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | No Respondents | : | |
| | Respondent(s) | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations]

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 3, 2025, at docket number 66, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by *(include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated: February 21, 2025

By: /s/ David A Rice
Signature
David A Rice
Name of Filer – Typed
PA ID 50329
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net