Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Walter T. Jackson Jr.** | : | Case No. 20−20674−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 73 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/4/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of March, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)   **On or before May 12, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)   This Motion is scheduled for hearing on **June 4, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20674-GLT |
| Walter T. Jackson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 27, 2025 | Form ID: 604 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter T. Jackson, Jr., 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15205829 | + | Keystone Collections Group / Penn Hills, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205832 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |
| 15205833 | + | PA Municipal Service / Swissvale Woodlan, 336 Delaware Avenue, Oakmont, PA 15139-2138 |
| 15205834 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15221366 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:16:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15226941 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 00:16:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15205817 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 00:16:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15205818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:17:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15205819 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2025 00:17:25 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15228193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:15:59 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15224556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2025 00:16:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15205821 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2025 00:17:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15238408 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:17:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15205822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:17:23 | Citibank/Best Buy, Citicorp Credit |

Case 20-20674-GLT    Doc 75    Filed 03/29/25    Entered 03/30/25 00:28:17    Desc Imaged
                          Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: 604 | Total Noticed: 46 |

| Recipient ID | | Method/Address | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15205823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:27:40 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15205824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:27:34 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15238407 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2025 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15210950 | | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15205825 | + | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15205826 | + | Email/Text: dplbk@discover.com | Mar 28 2025 00:14:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15212315 | + | Email/Text: dplbk@discover.com | Mar 28 2025 00:14:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15238751 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2025 00:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15205827 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 28 2025 00:14:00 | Eos Cca / Verizon, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15205828 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2025 00:13:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15236673 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229665 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15227567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2025 00:16:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15205830 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2025 00:27:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15257485 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 28 2025 00:13:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205831 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 28 2025 00:27:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15212596 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 28 2025 00:12:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15257483 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 28 2025 00:13:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15212304 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2025 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15205836 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:22 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:05 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:26 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 15206767 | ^ | MEBN | Mar 28 2025 00:09:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15205838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:27:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205839 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 28 2025 00:13:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15231406 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 28 2025 00:12:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15234402 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2025 00:17:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15205840 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 28 2025 00:14:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15205820 | ##+ | Catherine Young, 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Walter T. Jackson Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 27, 2025 | Form ID: 604 | Total Noticed: 46

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Walter T. Jackson Jr. lowdenscott@gmail.com

TOTAL: 9