IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/15/25 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    WALTER T. JACKSON, JR.

        Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:20-20674

Chapter 13

Related to Docket 73

ORDER OF COURT

AND NOW, this 15th Day of May, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20674-GLT |
| Walter T. Jackson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter T. Jackson, Jr., 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |
| 15205829 | + | Keystone Collections Group / Penn Hills, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205832 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |
| 15205833 | + | PA Municipal Service / Swissvale Woodlan, 336 Delaware Avenue, Oakmont, PA 15139-2138 |
| 15205834 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15221366 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:12:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:12:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2025 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15226941 | | Email/PDF: bncnotices@becket-lee.com | May 16 2025 00:27:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15205817 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 00:26:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15205818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15205819 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 16 2025 00:12:29 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15228193 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:12:04 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15224556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15205821 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2025 00:12:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15238408 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:12:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15205822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:52:19 | Citibank/Best Buy, Citicorp Credit |

Case 20-20674-GLT    Doc 80    Filed 05/17/25    Entered 05/18/25 00:27:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15205823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:39:40 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15205824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:25:55 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15238407 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15210950 | | Email/Text: mrdiscen@discover.com | May 16 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15205825 | + | Email/Text: mrdiscen@discover.com | May 16 2025 00:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15205826 | + | Email/Text: dplbk@discover.com | May 16 2025 00:10:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15212315 | + | Email/Text: dplbk@discover.com | May 16 2025 00:10:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15238751 | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2025 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15205827 | + | Email/Text: bankruptcydepartment@tsico.com | May 16 2025 00:10:00 | Eos Cca / Verizon, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15205828 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2025 00:09:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15236673 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 16 2025 00:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229665 | + | Email/Text: RASEBN@raslg.com | May 16 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15227567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2025 00:12:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15205830 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2025 00:12:27 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15257485 | + | Email/Text: Bankruptcy@keystonecollects.com | May 16 2025 00:10:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15205831 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 16 2025 00:12:27 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15212596 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 16 2025 00:09:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15257483 | + | Email/Text: Bankruptcy@keystonecollects.com | May 16 2025 00:10:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15212304 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15205836 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:38:56 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205835 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:25:25 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:25:59 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 15206767 | ^ | MEBN | May 16 2025 00:00:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15205838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:39:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15205839 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 16 2025 00:09:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15231406 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 16 2025 00:09:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15234402 | | Email/PDF: ebn_ais@aisinfo.com | May 16 2025 00:25:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15205840 | + | Email/Text: bnc-bluestem@quantum3group.com | May 16 2025 00:10:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15205820 | ##+ | Catherine Young, 123 Yosemite Drive, Pittsburgh, PA 15235-2043 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Walter T. Jackson Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 46 |

    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Walter T. Jackson Jr. lowdenscott@gmail.com

TOTAL: 9